# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

IN RE:                                          )
                                                )
DVM Properties, LLC, d/b/a                      )      Case No.  26-11154-SAH
Pampered Pets Veterinary Clinic,                )      Chapter   11
                                                )
                                                )
            Debtor.                             )

## AMENDMENT COVER SHEET

This document:

    ☐  Corrects the previous filed document(s).

    ☐  Replaces the previous filed document(s).

    ☑  Supplements the previous filed document(s).

**Summary of revisions:**
Add creditors to Schedule F
Add creditors to Matrix

I declare under penalty of perjury that the foregoing is true and correct.

Date: 5/3/2026 _____        /s/ J. Brian Ledger, DVM
                                              _____
                                              Debtor's Signature
                                              Printed Name: J. Brian Ledger, DVM


                                              _____
                                              Joint Debtor's Signature (if applicable)
                                              Printed Name: _____
                                                  ☐ Pro se Debtor - *you must fill out address on 2nd page*
                                                  ☑ Represented by Counsel - *you must fill out address on 2nd page*

Local Form 1009-1.A                                          Rev. 09/01/2024

Pro se Debtor Signature block

Attorney Signature block

s/ Stephen J. Moriarty

_____
Debtor(s) Address

Stephen J. Moriarty
_____
City, State, and Zip Code

Attorney's Name - Bar Number
100 N. Broadway, Suite 1700
_____
Telephone Number

Address
Oklahoma City, OK 73102
_____
Fax Number

City, State, and Zip Code
405-232-0621
_____
Email Address

Telephone Number
405-232-9659

Fax Number
smoriarty@fellerssnider.com

Email Address
Counsel for DVM Properties, LLC

Local Form 1009-1.A

Rev. 09/01/2024

**Fill in this information to identify the case:**

Debtor name     **DVM Properties, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF OKLAHOMA

Case number (if known)   **26-11154**

■ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  3, 2026**            *X* **/s/ J. Brian Ledger, DVM**
                                           Signature of individual signing on behalf of debtor

                                           **J. Brian Ledger, DVM**
                                           Printed name

                                           **Member/Owner**
                                           Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   DVM Properties, LLC

United States Bankruptcy Court for the:   WESTERN DISTRICT OF OKLAHOMA

Case number (if known)   **26-11154**

■ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:**  Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................................................   $   3,500,000.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................................   $   377,460.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................................   $   3,877,460.00

**Part 2:**  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $   5,370,000.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $   0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$   4,079.82

4. **Total liabilities** .................................................................................................
   Lines 2 + 3a + 3b   $   5,374,079.82

**Fill in this information to identify the case:**

Debtor name    **DVM Properties, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF OKLAHOMA

Case number (if known)    **26-11154**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| | | |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130<br><br>Date(s) debt was incurred **various**<br>Last 4 digits of account number **3144** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Credit card**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,908.00** |
| **3.2** Nonpriority creditor's name and mailing address<br>Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130<br><br>Date(s) debt was incurred **varoius**<br>Last 4 digits of account number **7734** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Credit card**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$197.87** |
| **3.3** Nonpriority creditor's name and mailing address<br>Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130<br><br>Date(s) debt was incurred **various**<br>Last 4 digits of account number **3314** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Credit card**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,885.94** |
| **3.4** Nonpriority creditor's name and mailing address<br>Synchrony Bank-Lowe's<br>PO Box 960016<br>Orlando, FL 32896<br><br>Date(s) debt was incurred **varoius**<br>Last 4 digits of account number **6555** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Credit Card**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$88.01** |

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 1 of 2

Debtor    __DVM Properties, LLC_____          Case number (if known)    __26-11154_____
Name

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 4,079.82 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 4,079.82 |

# United States Bankruptcy Court
## Western District of Oklahoma

In re    DVM Properties, LLC                                                    Case No.    26-11154

Debtor(s)                                     Chapter    11

### VERIFICATION OF LIST OF CREDITORS - AMENDED

☐    Original
■    Amendment
☐    Add    ☐    Delete

The above-named debtor hereby verifies that the **attached List of Creditors** is true and correct to the best of his/her/their knowledge. If this is an amendment to the Verification of List of Creditors, the **attached List of Creditors** contains <u>only</u> the newly added, modified, or deleted creditors.

The List of Creditors was electronically uploaded to the Court by the following method:

■    Electronic Case Filing (ECF) system; or
☐    Electronic Self-Representation (eSR) system (list of creditors attached to petition);or
☐    Creditor Matrix application *(to be used by pro se filers only – available on the*

*Court's website www.okwb.uscourts.gov or in the Clerk's Office).*

Date:    **May 3, 2026**                              **/s/ J. Brian Ledger, DVM**

Debtor's Signature
Printed Name:    **J. Brian Ledger, DVM**


Joint Debtor's Signature
Printed Name:
☐    Pro se Debtor - *you must fill out address on 2nd page*
■    Represented by Counsel - *you must fill out address on 2nd page*

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

Pro se Debtor Signature block

Attorney Signature block

**/s/ Stephen J. Moriarty**

**Stephen J. Moriarty 6410**
**Fellers Snider, et al**
**100 N. Broadway Ave.**
**Oklahoma City, OK 73102-9015**
**405-232-0621**

Debtor(s) Address

City, State, and Zip Code

Telephone Number

Fax Number

Email Address

Local Form 1007-1.C

Rev. 01/15/2026

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

```
CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130


SYNCHRONY BANK-LOWE'S
PO BOX 960016
ORLANDO FL 32896
```